# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D21-560

—————————————————

ARTAVIOUS V. COTTON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

—————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.


September 24, 2021


PER CURIAM.

DENIED.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.


—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Artavious V. Cotton, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.